242 So.2d 885

George H. MERCER, Plaintiff-Respondent,

v.

Theodore G. SOLOMON, Defendant-
Petitioner,

and

Walgreen Louisiana Co., Inc., Defendant-
Respondent.

No. 50443.

Jan. 26, 1971.

It is ordered that the writ of review issued in this matter to the Court of Appeal, Second Circuit, State of Louisiana, on May 4, 1970, 255 La. 1095, 234 So.2d 193, be and the same is hereby vacated and the appeal of Defendant-Petitioner Theodore G. Solomon be and the same is hereby dismissed, at Petitioner's cost.